IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
CIVIL ACTION NO. 7:09-CV-5-D

AMANDA GAIL HILL, )
    Plaintiff, )
)
-vs- )
)
ROBESON COUNTY, NORTH CAROLINA, )
  A County Incorporated Under the Laws of )
  North Carolina, et al, )
)
    Defendants. )

ORDER GRANTING ENTRY OF DEFAULT

The plaintiff having made her motion pursuant to Rule 55(a) of the Federal Rules of Civil Procedure for entry of default, and it appearing that service of summons and complaint have been made against the defendant, Ed Jacobs, and that defendant Jacobs has failed to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, Default is hereby entered against defendant Ed Jacobs.

This 2nd day of July, 2010.

by: _____
CLERK OF COURT